IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Spraggins, Quarlena | Case Number: 04 B 44665 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 12/13/07 | Filed: 12/6/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 9, 2007
Confirmed: February 17, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 6,216.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 3,648.63 |
| Priority: | | 0.00 |
| Administrative: | | 2,249.00 |
| Trustee Fee: | | 306.29 |
| Other Funds: | | 12.08 |
| Totals: | 6,216.00 | 6,216.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Buffington & Associates | Administrative | 2,249.00 | 2,249.00 |
| 2. | Beneficial Illinois Inc | Secured | 0.00 | 0.00 |
| 3. | Dell Financial Services, Inc | Secured | 0.00 | 0.00 |
| 4. | Beneficial Illinois Inc | Secured | 0.00 | 0.00 |
| 5. | Aspire Visa | Unsecured | 184.94 | 33.74 |
| 6. | Resurgent Capital Services | Unsecured | 656.33 | 160.47 |
| 7. | Aspire Visa | Unsecured | 2,201.37 | 538.20 |
| 8. | ECast Settlement Corp | Unsecured | 4,437.10 | 1,084.78 |
| 9. | American Express Centurion | Unsecured | 6,883.87 | 1,682.97 |
| 10. | B-Line LLC | Unsecured | 607.29 | 148.47 |
| 11. | Indiana Dept Of Revenue | Priority | | No Claim Filed |
| 12. | U S Cellular | Unsecured | | No Claim Filed |
| 13. | Best Buy | Unsecured | | No Claim Filed |
| 14. | Capital One | Unsecured | | No Claim Filed |
| 15. | Dell Financial Services, Inc | Unsecured | | No Claim Filed |
| 16. | Capital One | Unsecured | | No Claim Filed |
| 17. | Capital One | Unsecured | | No Claim Filed |
| 18. | Exxon | Unsecured | | No Claim Filed |
| 19. | Verizon Wireless | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 17,219.90 | $ 5,897.63 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 45.25 |
| 3% | 16.79 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Spraggins, Quarlena | Case Number: 04 B 44665 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 12/13/07 | Filed: 12/6/04 |

```
              5.5%              204.59
              5%                 39.66
                              _____
                              $ 306.29
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mach_____